# EXHIBIT A



ATHLETIC TRAINING EQUIPMENT COMPANY

1996
BASEBALL
EQUIPMENT
CATALOG

THE BASEBALL PEOPLE™



## TABLE OF CONTENTS

Hitting Streak.............................3
Rookie......................................4
Rookie Cordless .........................5
Casey.......................................6
Casey Big Leaguer ......................7
Power Hummer .........................8
Casey II....................................9
Soft Toss.................................10
Feeders ..................................11
Catch Net................................12
Balls.......................................13
Tuffy Tees ...............................14
Port-O-Cage............................15
Nets.......................................16
Batting Cages ..........................17
Accessories .........................18-23
   Screens..........................................18
   Net Panels/Radar Gun/Ball Baskets .............19
   Bags/Scorebooks.............................20
   Slide-Rite/Basher/Groundskeeping ............21
   Bases.............................................22
Commercial Batting Ranges .......23
Grand Slam U.S.A. ....................24

## HOW TO REACH US

**SPARKS ADDRESS:**
    ATEC
    10 Greg Street
    Sparks, NV 89431

Sales .......................800-998-ATEC
Parts/Service ...........800-758-ATEC
All Other
Departments.............800-755-5100
Local .......................702-352-2800
FAX..........................702-352-2822

**CANADA ADDRESS:**
    ATEC
    970 St. Mary's Road
    Winnepeg, Manitoba
    R2M3R9
Phone......................800-565-2025

## ATEC'S ADVISORY BOARD

**JOHN ANDERSON**
*University of Minnesota*
*1993 U.S. National Coach*

**BILL ARCE**
*Claremont, CA*

**SKIP BERTMAN**
*1996 Head U.S. Olympic*
*Baseball Coach*
*Louisiana State University*
*Baton Rouge, LA*

**MIKE CANDREA**
*1996 U.S. Assistant Olympic*
*Softball Coach*
*University of Arizona*
*Tuscon, AZ*

**ROD DELMONICO**
*University of Tennessee*
*Knoxville, TN*

**JUDI GARMAN**
*Cal State Fullerton University*
*Fullerton, CA*

**AUGIE GARRIDO**
*1995 NCAA National Champion*
*Cal State Fullerton University*
*Fullerton, CA*

**GORDON GILLESPIE**
*College of St. Francis*
*Joilet, IL*

**CLIFF GUSTAFSON**
*Texas*

**DANNY HALL**
*Georgia Tech*
*Atlanta, GA*

**JOHN HERBOLD**
*Cal State Los Angeles*
*Los Angeles, CA*

**RICHARD ITCHY JONES**
*University of Illinois*
*Champaign, IL*

**RON MAESTRI**
*University of New Orleans*
*New Orleans, LA*

**MARK MARQUESS**
*Stanford University*
*1988 Head U.S. Olympic*
*Baseball Coach*
*Palo Alto, CA*

**MIKE MARTIN**
*Florida State University*
*Tallahassee, FL*

**JIM MORRIS**
*University of Miami*
*1990 U.S. National Coach*
*Miami, FL*

**JOHN OLDHAM**
*Santa Clara University*
*Santa Clara, CA*

## SPECIAL CONSULTANTS

**DUSTY BAKER**
*San Francisco Giants Manager*
**BEN HINES**
*Former Houston Astros Hitting Instructor*
**TOM KELLY**
*Minnesota Twins Manager*
**JIM LEFEBVRE**
*Former Major League Manager*
*Oakland A's Hitting Instructor*

**JOE MADDON**
*California Angels Coach*
**JEFF TORBORG**
*Former Major League Manager*
**BILL VIRDON**
*Former Major League Manager*
*Pittsburgh Pirates Coach*

## HOW TO REACH
## GRAND SLAM U.S.A.

**RANCHO CORDOVA ADDRESS:**
    **GRAND SLAM U.S.A.**
    11320 Trade Center Drive, Suite C
    Rancho Cordova, California 95742

Office........ 800-689-880
Local ........ 916-851-833
FAX ......... 916-851-1899

©1995 ATEC
Printed in the U.S.A.

 <sup>TM</sup>

# TUFFY® TEES
SINGLE AND MULTI BATTING TEES



### ATEC's Tuffy Tees
- Tuffy Tees have few interlocking parts, instantly assemble, are simple to store or take on the road and disassemble easily.
- Only ATEC offers a solid stem, setting our Tees apart in durability and quality.
- Great for indoor and outdoor use.
- Can be used with any type of ball, baseball or softball.
- Widest range available, adjusting for any batter's height.
- Long stem extension available extending the range to 47", simulating higher pitches (#LSE).

### Tuffy Tee
- Unique octagonal base design allows two tees to easily sit next to each other for multi-tee drills.
- From Tee-ball leagues to Major Leagues, used as a basic tool to improve hitting skills and proper swing mechanics.
- Includes one adjustable stem.

### Tuffy Five & Tuffy Ten Tee
- Built-in home plate with 5 or 10 positions simulating various pitch locations and proper contact

---
*Longest lasting Tee*
*in the game,*
*2 year guarantee*
---

points. This allows the coach to teach hitting the ball in proper relationship to home plate.

- Can be used for a variety of drills such as inside/outside drills and drills to teach short stroke and eliminate looping bat.
- Tee drills help teach hitters how to pull the ball, hit to the opposite field, and hit straight away.
- Includes two adjustable stems for multiple tee drills.


*Tuffy Five Tee simulates game conditions.*


*From Tee-Ball leagues to Major Leagues, used as a basic tool to improve hitting skills.*


*Proper swing mechanics are emphasized through the use of multi-tees.*

### SPECIFICATIONS
- Two year limited warranty.
- Stem height is 20 1/2" to 37".
- Stem extension to 47".
- Tuffy Tee shipping weight is 12 lbs.
- Tuffy Five Tee and Tuffy Ten Tee shipping weight is 30 lbs.



# TUFFY® TEES





Adjustable from 21" to 39"

Correct Ball Placement - Forward of Plate

Molded-in Steel Plate Counterweight

*TUFFY Single Tee*



Inside/Outside Ball Drill Placement

*TUFFY Multi-Tee*



*Retail Packaging*



FEATURES:

* Ten Year Warranty!
* Molded of High Strength Polyurethane
* Single & Multi-Position Models
* Jim Lefebvre's Comprehensive Training Program
* Adjustable Height
* Quick & Easy Break-Down

TUFFY® TEES have been the staple training tool of the Major Leagues for almost 30 years. That's right, Pros use tees for batting practice and warm-up drills every day!

This is no "throw-away" tee. TUFFY TEES are molded of industrial grade polyurethane for the attributes of durability and material memory. That's why ATEC offers a 10 YEAR WARRANTY on all TUFFY TEES.

Designed with an integrated steel plate counter-weight the TUFFY TEE won't fall over every time you miss-hit the ball.

And tee stem placement is out in front of the plate where it should be, unlike most conventional tees. This is where you want to teach ball contact to best assure a high on-base percentage.

Enjoy the value-added 'software' included FREE with every tee. This training program is authored by ATEC's professional Advisory Board. It includes the fundamental mechanics of a swing and is full of training drills used by many of the high profile hitters in the game today, and their coaches.

BB07375 Single; BB07377 Multi

© 1997 ATEC

Order Today! (800)-998-ATEC

# TUFFY® TEES



**10 YEAR LIMITED WARRANTY**

ADJUSTABLE FROM 21" TO 9"

CORRECT BALL PLACEMENT - FORWARD OF PLATE

MOLDED-IN STEEL PLATE COUNTERWEIGHT

Tuffy Tee

RETAIL PACKING

TUFFY TEE

INSIDE/OUTSIDE BALL DRILL PLACEMENT

Tuffy Multi-Tee

## FEATURES:
- **TEN YEAR WARRANTY!**
- **MOLDED OF HIGH STRENGTH POLYURETHANE**
- **SINGLE AND MULTI-POSITION MODELS**
- **JIM LEFEBVRE'S COMPREHENSIVE TRAINING PROGRAM**
- **ADJUSTABLE HEIGHT**
- **QUICK AND EASY SETUP AND BREAK-DOWN**





Tuffy Tees® have been the staple training tool of the Major Leagues for almost 30 years. That's right, Pros use tees for batting practice and warm-up drills every day!

This is no "throw-away" tee. Tuffy Tees are molded of industrial grade polyurethane for the attributes of durability and material memory. That's why ATEC offers a 10 YEAR WARRANTY on all Tuffy Tees.

Designed with an integrated steel plate counter-weight the Tuffy Tee won't fall over every time you miss-hit the ball. And tee stem placement is out in front of the plate where it should be, unlike most conventional tees. This is where you want to teach ball contact to best assure a high on-base percentage.

Enjoy the value-added 'software' included FREE with every tee. This training program is authored by ATEC's professional Advisory Board. It includes the fundamental mechanics of a swing and is full of training drills used by many of the high profile hitters in the game today, and their coaches.

BB07375     Single Position
BB07377     Multi Position

**15**











It's a new look all over for **Athletic Training Equipment Company** and it starts with our new corporate logo. Seen at the left, this stylized revision of our pennant supports the bold approach we are taking towards product development and market leadership. When you see the ATEC trademark you are assured the best in design engineering, materials and manufacturing technologies industry has to offer. Those aren't just words either. Take note of our exclusive product warranties, including LIFETIME on the new Casey® PRO pitching machine!

Speaking of leading trademarks, recognize the leader on the left? Did you know that Athletic Training Equipment Company is the official supplier of pitching machines, batting tees and practice nets to Major League Baseball? That's right, **'The Pros' Choice'**. There's a reason for that and it's the same reason you decided to become an ATEC dealer...consistent delivery of top quality products and service.

In June '99 ATEC moved into its new home at 655 Spice Island Drive in Sparks, Nevada. This milestone enables ATEC to better keep its many commitments to you, its dealers. Twenty-five percent larger and configured as a state-of-the-art manufacturing and distribution facility, Spice Island provides the efficiencies needed to maintain our incredible quality and delivery performance. It supports extensive new product R&D allowing expansion into additional product categories. And, it represents the growth and success of which you are so much a part. Come visit. See for yourself why ATEC continues to lead the market.

You can also visit ATEC at **www.atec-sports.com**. Besides the opportunity to learn more about ATEC products, coaches and consumers can, with a simple 'point and click' find the dealer nearest them or request a personal product catalog. And, watch for the additional feature that will be up later this year. You'll see "Training Tips from the Pros" and have an opportunity to 'chat' with the ATEC Advisory Board...true leaders in our industry and the game!

Now come on inside with us and get acquainted with ATEC's exciting new products. Products like the Casey® Pro pitching machine, the multi-purpose SportsNet®, an entire line of new Softball pitching machines, ATEC's Defender hockey-style face protector, our incredible PROTEC™ Catcher's Protective Gear (including a new color) and an array of Performance Training Balls for high profile hitters.

**ATEC...Leadership by Design**.

## ATEC 2000

©1999 ATEC®

ATEC®/MLBP 1999





*"Pro players use the tee every single day."*
**Jim Lefebvre - Major League Player, Coach & Manager**



## FEATURES:

- ◆ **Official Batting Tees of Major League Baseball**

- ◆ *Ten Year Warranty!*

- ◆ *Molded of High Strength Polyurethane*

- ◆ *Single & Multi-Position Models*

- ◆ *Jim Lefebvre's Comprehensive Training Program*

- ◆ *Adjustable Height*

- ◆ *Quick & Easy Break-Down*

**BB07377** Tuffy Multi-Position
**BB07375** Tuffy Single Position
**BB80180** PRO Single Position



NEW! YEAR 2000

Adjustable from 21" to 39"

New Pro-Style Tip

**Pro Single**

**Tuffy® Multi**

Molded-in Steel Plate Counterweight

High Inside, Low & Away Drill Placement

Correct Ball Placement - Forward of Plate

**Tuffy® Single**



OFFICIAL LICENSEE
MAJOR LEAGUE BASEBALL

# BATTING TEES

